IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>JUDGE PATRICK J. MAHONEY, et al.<br><br>        Defendants.<br>_____/ | No.  C 10-01182 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |

On April 6, 2010, Plaintiff filed a Motion for Preliminary Injunction and noticed the motion for a hearing on June 18, 2010.  It is HEREBY ORDERED that Defendant's opposition to the motion shall be due on May 7, 2010, and Plaintiff's reply brief shall be due on May 14, 2010.  If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.  If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.  It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendant by no later than April 15, 2010 and shall file proof of service with the Court.

**IT IS SO ORDERED.**

Dated:  April 8, 2010

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM et al,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK J. MAHONEY et al,<br><br>　　　　　Defendant.　　　　　　　　／ | Case Number: CV10-01182 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: April 8, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk