**United States District Court**
For the Northern District of California

1

2

3

4

5

6       IN THE UNITED STATES DISTRICT COURT

7

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ARCHIBALD CUNNINGHAM,                    No.  C 10-01182 JSW

10             Plaintiff,                      **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

11       v.

12   JUDGE PATRICK J. MAHONEY, et al.

13             Defendants.

14   _____/

15          On April 15, 2010, Defendant filed a Motion to Dismiss and noticed the motion for a

16   hearing on June 11, 2010.  It is HEREBY ORDERED that Plaintiff's opposition to the motion

17   shall be due on May 7, 2010, and Plaintiff's reply brief shall be due on May 14, 2010.  If either

18   party seeks to modify this briefing schedule, they must submit a request to the Court

19   demonstrating good cause for any such modification.  If the Court finds the matter suitable for

20   disposition without oral argument, it shall notify the parties in advance of the hearing date.

21          **IT IS SO ORDERED.**

22

23   Dated:  April 16, 2010                    _____

24                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM et al,

           Plaintiff,

  v.

PATRICK J. MAHONEY et al,

           Defendant.

                          /

Case Number: CV10-01182 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: April 16, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2