IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUDGE PATRICK J. MAHONEY, et al.<br><br>　　　　Defendants.<br>_____/ | No. C 10-01182 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

On April 23, 2010, Plaintiff filed an Amended Motion for Preliminary Injunction, which is noticed for hearing on June 18, 2010. It is HEREBY ORDERED that Plaintiff's previously filed motion for preliminary injunction is terminated as moot (Docket No. 7), and the briefing schedule relating to that motion is VACATED. It is FURTHER ORDERED that Defendant's opposition to the amended motion for a preliminary injunction shall be due on May 14, 2010, and Plaintiff's reply brief shall be due on May 21, 2010. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

　　**IT IS SO ORDERED.**

Dated: April 28, 2010

　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM et al,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICK J. MAHONEY et al,<br><br>   Defendant.<br>_____/ | Case Number: CV10-01182 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: April 28, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk