IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM, | No. C 10-01182 JSW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JUDGE PATRICK J. MAHONEY, et al. | |
| Defendants. | |

Defendants' Motion to Dismiss Plaintiff's Amended Complaint is set for hearing on June 18, 2010 at 9:00 a.m. Pursuant to Northern District Civil Local Rule 7-3, Plaintiff's opposition to the motion was due on May 28, 2010. As of the date of this Order, the Court has not received Plaintiff's opposition brief. Accordingly, Plaintiff is HEREBY ORDERED to show cause why Defendants' motion should not be granted as unopposed. Plaintiff's response to this Order to Show Cause shall be due by no later than June 9, 2010. Defendants may have until June 14, 2010 to file a reply to Plaintiff's response to this Order. If Plaintiff fails to submit a timely response to this Order to Show Cause, the Court shall vacate the hearing set for June 18, 2010 and shall resolve Defendants' motion to dismiss on the papers.

**IT IS SO ORDERED**

Dated: June 2, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM et al,

      Plaintiff,

  v.

PATRICK J. MAHONEY et al,

      Defendant.
                                           /

Case Number: CV10-01182 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: June 2, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk