IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>JUDGE PATRICK J. MAHONEY, et al.<br><br>    Defendants.<br>_____/ | No. C 10-01182 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS** |

On June 2, 2010, this Court issued an Order to Show Cause to Plaintiff, directing him to show cause why Defendants' motion to dismiss should not be granted as unopposed. Plaintiff's response to this Order to Show Cause was due by no later than June 9, 2010, and the Court noted that if Plaintiff failed to submit a timely response to this Order to Show Cause, the Court would vacate the hearing set for June 18, 2010 and would resolve Defendants' motion to dismiss on the papers.

Plaintiff has not filed a timely response to the Order to Show Cause. Accordingly, the hearing set for June 18, 2010 is VACATED, and a ruling on the motion shall issue in due course.

**IT IS SO ORDERED**

Dated: June 14, 2010

                                           JEFFREY S. WHITE<br>                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM et al, | Case Number: CV10-01182 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PATRICK J. MAHONEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: June 14, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk