IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>JUDGE PATRICK J. MAHONEY, et al.<br><br>            Defendants. | No. C 10-01182 JSW<br><br>**ORDER RE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

On June 2, 2010, this Court issued an Order to Show Cause to Plaintiff, directing him to show cause why Defendants' motion to dismiss should not be granted as unopposed. Plaintiff's response to this Order to Show Cause was due by no later than June 9, 2010, and the Court noted that if Plaintiff failed to submit a timely response to this Order to Show Cause, the Court would vacate the hearing set for June 18, 2010 and would resolve Defendants' motion to dismiss on the papers. Plaintiff did not file a timely response to the Order to Show Cause. Accordingly, the Court vacated the hearing and, on June 18, 2010, the Court issued an Order, in which it granted the Defendants' motion to dismiss and dismissed Plaintiff's claims with prejudice. The Court also entered judgment on that date.

After the Court issued the Order and Judgment[1], Plaintiff filed his Response to the Order to Show Cause and Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss. In response to the Order to Show Cause, Plaintiff explains that he was out of the country between April 24, 2010 and June 14, 2010. Plaintiff also contends that

---

[1] According to the Court's ECF system, the Order and Judgment were posted shortly before 11:00 a.m. Plaintiff filed his response to the Order to Show Cause at approximately 2:30 p.m.

1  Defendants' counsel was aware of that fact. Plaintiff further asserts that he did not receive
2  notice of Defendants' Motion to Dismiss, their renewed administrative motion to continue the
3  hearing on Plaintiff's motion for a preliminary injunction, or the Court's Order granting the
4  administrative motion, which confirmed that the parties' briefs on Defendants' motion to
5  dismiss were due in accordance with the Local Rules, until after he returned.

6  Although the parties continued the hearing on Judge Mahoney's motion to dismiss from
7  June 11, 2010 to June 18, 2010, there was nothing in the record to alert the Court to the fact that
8  the reason Plaintiff was unavailable for that hearing date was due to a six week European
9  vacation. It is Plaintiff's responsibility to prosecute his case. Thus, it would have been prudent
10 for him to alert the Court to that fact, especially given the flurry of filings that preceded his
11 departure.[2]

12 Plaintiff also responds to the merits Defendants' motion to dismiss his amended
13 complaint. However, the arguments he raises are arguments that he raised in the briefs he filed
14 in opposition to Judge Mahoney's original motion to dismiss and in the amended complaint.
15 When it ruled on his motion to dismiss, the Court considered and rejected those arguments.
16 Accordingly, having considered the arguments raised in the Response to the Order to Show
17 Cause, the Court finds no basis revisit its ruling on the motion to dismiss or to vacate the
18 judgment. However, the Court shall issue an amended order on the motion to dismiss, to reflect
19 the fact that it considered the arguments raised in the Plaintiff's most recent filing, and shall
20 issue an amended judgment.

21 **IT IS SO ORDERED**

23 Dated: June 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[2] The Court is troubled by Plaintiff's representations that Defendants' counsel was aware of the reasons why he was unavailable for a hearing until June 18, 2010. As the Court issued briefing schedules and an Order to Show Cause to Plaintiff regarding his failure to respond, if Defendants' counsel was aware that Plaintiff was out of the country, the Court expects, and hopes, that Defendants' counsel would have acted responsibly and courteously by alerting the Court to Plaintiff's unavailability.

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM et al, | Case Number: CV10-01182 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PATRICK J. MAHONEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: June 22, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk