UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM,

    Plaintiff,

  v.

MARIA SCHOPP, et al.,

    Defendants.

Case No. 14-cv-03033-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to No. 10-cv-01182, Cunningham v. Mahoney, No. 10-cv-03211, Cunningham v. Mahoney, et al., or No. 13-cv-01295, Pierce et al. v. Cantil-Sakauye et al.. If the cases are not related, the case should then be REFERRED to the Honorable William H. Orrick to consider whether the case is related to No. 13-cv-04627, Cunningham v. McKay, et al.. See Civ. L.R. 3-12(f)(2).

**IT IS SO ORDERED.**

Dated: August 22, 2014

                                        JON S. TIGAR
                                 United States District Judge