UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 10-01182 JSW**     **Cunningham v. Mahoney**

**C 10-03211 JSW**     **Cunningham v. Mahoney et al**

        **I find that the above case is related to the case assigned to me: JSW**

**C 13-01295 JSW**     **Pierce et al v. Cantil-Sakauye et al**

        **I find that the above case is related to the case assigned to me: JSW**

**C 14-03033 JST**     **Cunningham v. Schopp et al**

        **I find that the above case is related to the case assigned to me: JSW**

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: September 4, 2014

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM et al,

       Plaintiff,

 v.

PATRICK J. MAHONEY et al,

       Defendant.
_____/

Case Number: CV10-01182 JSW
Case Number: CV10-03211 JSW
Case Number: CV13-01295 JSW
Case Number: CV14-03033 JST

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: September 4, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

-3-

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____ (date)